AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| Perry Allen McGuire<br>Deborah Irene McGuire<br>*Plaintiff(s)*<br>v.<br><br>Capitol Federal Savings Bank, et. al.<br>*Defendant(s)* | Civil Action No. 2:17-cv-02458 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Equifax Information Services, LLC
> c/o Corporation Service Company
> 2900 S.W. Wanamaker Dr., Suite 204
> Topeka, KS 66614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> The Law Offices of Tracy L. Robinson, LC
> Attn: Chelsea S. Springer, Esq.
> 818 Grand Blvd., Suite 505
> Kansas City, MO 64106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/10/2017

s/ Charles Van Ness

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-cv-02458

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Equifax Information Services, LLC
was received by me on *(date)* 8/10/17.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Corporation Service Company, who is designated by law to accept service of process on behalf of *(name of organization)* Equifax Information Services, LLC on *(date)* 8/14/17 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Via First Class & Certified Mail, Article No: 7017 1070 0000 1032 2388

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/17/17

Chelsea Springer
Server's signature

Chelsea Springer, Attorney
Printed name and title

The Law Offices of Tracy L. Robinson LC
818 Grand Blvd., Suite 505
Kansas City, MO 64106

Additional information regarding attempted service, etc: