# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Perry Allen McGuire | ) | |
| | ) | Case No. 2:17-cv-02458-CM-JPO |
| and | ) | |
| | ) | |
| Deborah Irene McGuire, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Capitol Federal Savings Bank, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE
## WITH TRANS UNION, LLC

COME NOW Plaintiffs and Defendant, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, to agree and stipulate to the dismissal WITH PREJUDICE of the above-captioned action against Defendant Trans Union.  Each party further agrees to bear its respective costs and attorney fees.

Respectfully Submitted,

**The Law Offices of Tracy L. Robinson, LC**

By: /s/ Chelsea S. Springer
Chelsea S. Springer  #20522
818 Grand Blvd., Suite 505
Kansas City, MO 64106
Phone:  (816) 842-1317
Fax:      (816) 842-0315
Email:  chelseas@tlrlaw.com
Attorney for Plaintiffs

1

**Baker, Sterchi, Cowden & Rice, LLC**

By: /s/ Bryan E. Mouber
Bryan E. Mouber, #19710
9393 W. 110th St., Suite 500
Overland Park, KS 66210
Phone:  (913) 451-6752
Fax:     (816) 472-0288
Email: mouber@bscr-law.com
Attorney for Defendant, Trans Union


**Southlaw, P.C.**

By:  /s/ Tammee McVey
Tammee McVey  #14972
13160 Foster, Suite 100
Overland Park, KS 66213
Phone: (913) 663-7600 Ext. 188
Fax:     (913) 663-7899
Email: tammee.mcvey@southlaw.com
Attorney for Defendant, Capitol Federal Savings Bank


**Polsinelli PC**

By: /s/ Guillermo G. Zorogastua
Guillermo G. Zorogastua #59643
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Phone: (816) 753-1000
Fax:     (816) 753-1536
Email:gzorogastua@polsinelli.com
Attorney for Defendant, Equifax Information Services, LLC